UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WARREN F. NELSON,<br><br>          Plaintiff,<br><br>v.<br><br>MINNEAPOLIS PUBLIC HOUSING AUTHORITY<br><br>          Defendants. | Case No. 0:22-CV-0697-JRT-ECW<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE OF ALL CLAIMS AGAINST MINNEAPOLIS PUBLIC HOUSING AUTHORITY** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto and their respective attorneys, that the above-entitled action by Plaintiff Warren Nelson against Defendant Minneapolis Public Housing Authority may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated:  July 29, 2022

Respectfully submitted,

By:   /s/ Jeremy Thompson_____
      Jeremy J. Thompson,, Reg. No. 0402173
      Gordon Rees Scully Mansukhani, LLP
      100 S. 5th Street, Suite 1900
      Minneapolis, MN 55402
      Ph:  (612) 351-5969
      jthompson@grsm.com
      *Attorney for Defendant*

_____
Warren F. Nelson
warrennelsonjr@hotmail.com

*Plaintiff*

*Plaintiff*