# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| WARREN F. NELSON, | Civil No. 22-697 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MINNEAPOLIS PUBLIC HOUSING AUTHORITY, | |
| Defendant. | |

Warren F. Nelson, 2121 Minnehaha Avenue, Suite Apt. 1205, Minneapolis, MN 55404, for plaintiff.

Jeremy Thompson, **GORDON REES SCULLY MANSUKHANI, LLP,** 100 South 5th Street, Suite 1900, Minneapolis, MN 55402, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 32]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 8, 2022
at Minneapolis, Minnesota.

                                                                              s/John R. Tunheim
                                                                              JOHN R. TUNHEIM
                                                                              United States District Court