# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Warren F. Nelson, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-697 JRT/ECW |
| Minneapolis Public Housing Authority, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.


Date: 8/9/2022                                          KATE M. FOGARTY, CLERK